| | |
|---|---|
| **CREITZ & SEREBIN LLP**<br>Joseph A. Creitz<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone: (415) 466-3090<br>Fax: (415) 513-4475<br>Email: joe@creitzserebin.com | **MORGAN, LEWIS & BOCKIUS LLP**<br>Mark A. Feller, Bar No. 319789<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: +1.415.442.1000<br>Fax: +1.415.442.1001<br>mark.feller@morganlewis.com |
| **WALCHESKE & LUZI, LLC**<br>Paul M. Secunda (*Pro hac vice*)<br>235 N. Executive Dr., Suite 240<br>Brookfield, Wisconsin 53005<br>Telephone: (414) 828-2372<br>Fax: (262) 565-6469<br>E-Mail: psecunda@walcheskeluzi.com | Deborah S. Davidson (*pro hac vice*)<br>110 N. Wacker Drive<br>Chicago, IL 60606-1511<br>Tel: +1.312.324.1159<br>Fax: +1.312.324.1001<br>deborah.davidson@morganlewis.com |
| Counsel for Plaintiffs and Proposed Class | Sean McMahan (*pro hac vice*)<br>1717 Main Street, Suite 3200<br>Dallas, TX 75201-7347<br>Tel: +1.214.466.4000<br>Fax: +1.214.466.4001<br>sean.mcmahan@morganlewis.com |
| | Jared R. Killeen (*pro hac vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>jared.killeen@morganlewis.com<br>2222 Market Street<br>Philadelphia, PA 19103<br>Tel: 215.963.5000 |
| | Attorneys for Defendants<br>SERVICENOW, INC. AND THE BOARD<br>OF DIRECTORS OF SERVICENOW, INC. |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL S. RUBKE and SHERIDA DU LAC DE FUGERES, individually and as representatives of a Class of Participants and Beneficiaries of the ServiceNow, Inc. 401(k) Plan,<br><br>Plaintiffs,<br><br>v<br><br>SERVICENOW, INC. and BOARD OF DIRECTORS OF SERVICENOW, INC.,<br><br>Defendants. | Case No. 3:24-cv-01050-TLT<br><br>**L.R. 7-12 STIPULATION IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO VACATE DEADLINES IN SCHEDULING ORDER**<br><br>Second Am. Compl. Filed: November 8, 2024<br><br>Judge: Trina L. Thompson |

Paul S. Rubke and Sherida Du Lac De Fugeres (together, "Plaintiffs") and ServiceNow, Inc., and the Board of Directors of ServiceNow, Inc. (together, "Defendants," and collectively the "Parties"), through their respective counsel, submit this Stipulation under Local Rule 7-12 in support of their Joint Administrative Motion to Vacate Deadlines in Scheduling Order. The Parties stipulate as follows:

1. The Court previously stayed all discovery pending its assessment of whether Plaintiffs have stated a plausible claim in this action. In response to Plaintiffs' request for "plausibility" discovery, the Court permitted "limited" discovery to allow Plaintiffs "to cure the pleadings defects that the Court pointed out in its Order granting Defendants' Motion to Dismiss" the Amended Complaint. Dkt. Nos. 44 & 51. Magistrate Judge Kang limited the Parties' discovery to just four specific categories of documents related to Defendant's monitoring of Plan investments. Dkt. No. 61. The Parties have conducted no discovery beyond the "limited" discovery permitted by the Court.

2. Because the Court stayed all but "limited" discovery, and because Defendants' motion to dismiss the Second Amended Complaint is still pending, it would be a waste of the Parties' and the Court's time and resources to proceed with the current schedule before the Court has permitted any of Plaintiffs' claims to proceed in this action.

3. To start, the Parties have not engaged in the type of discovery required for briefing a motion for class certification, including the depositions of the named Plaintiffs, the deposition of any fact witnesses for the defense, and any expert discovery related to the scope of the class.

4. Further, the Parties have not exchanged written discovery requests and responses, engaged in any discovery of electronically stored information ("ESI") maintained by Defendants' ESI custodians, or conducted any expert discovery related to Plaintiffs' claims and alleged losses. Without this discovery, the Parties are not prepared to brief their anticipated motions for summary judgment.

5. The Parties agree that it would be premature to engage in the anticipated discovery described above before the Court rules on Defendants' pending motion to dismiss and determines

1  whether Plaintiffs' claims may proceed.

2        6.    Therefore, the Parties ask the Court to vacate all deadlines set in the Court's Case Management and Scheduling Order and to reset those deadlines only if the Court denies dismissal of any of the claims asserted in the Second Amended Complaint. Should the Court deny Defendants' motion to dismiss in whole or in part, the Parties will propose new deadlines for the Court's consideration within three weeks of that ruling.

Dated: February 12, 2025

| WALCHESKE & LUZI, LLC | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By /s/ Paul M. Secunda<br>Paul M. Secunda (*Pro hac vice*)<br>235 N. Executive Dr., Suite 240<br>Brookfield, Wisconsin 53005<br>Telephone: (414) 828-2372<br>Fax: (262) 565-6469<br>E-Mail: psecunda@walcheskeluzi.com<br><br>CREITZ & SEREBIN LLP<br>Joseph A. Creitz<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone: (415) 466-3090<br>Fax: (415) 513-4475<br>Email: joe@creitzserebin.com<br><br>*Counsel for Plaintiffs and Proposed Class* | By /s/ Deborah S. Davidson<br>Deborah S. Davidson (*pro hac vice*)<br>110 N. Wacker Drive<br>Chicago, IL 60606-1511<br>Telephone: +312.324.1159<br>Facsimile: +312.324.1001<br>deborah.davidson@morganlewis.com<br><br>Sean K. McMahan (*pro hac vice*)<br>1717 Main Street, Suite 3200<br>Dallas, TX 75201<br>Telephone: +1.214.466.4000<br>Facsimile: +1.214.466-4001<br>sean.mcmahan@morganlewis.com<br><br>Mark A. Feller, Bar No. 319789<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: +1.415.442.1000<br>Fax: +1.415.442.1001<br>mark.feller@morganlewis.com<br><br>Jared R. Killeen (*pro hac vice* forthcoming)<br>MORGAN, LEWIS & BOCKIUS LLP<br>jared.killeen@morganlewis.com<br>2222 Market Street<br>Philadelphia, PA 19103<br>Tel: 215.963.5000<br><br>*Attorneys for Defendants* |

**L.R. 5-1(h)(3) Certification**

Pursuant to Local Rule 5-1(h)(3), I attest that concurrence in the filing of the foregoing document has been obtained from each of the other Signatories.

/s/ Mark A. Feller
Mark A. Feller

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO VACATE DEADLINES IN SCHEDULING ORDER
3:24-cv-01050-TLT                -2-