IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL S. RUBKE and SHERIDA DU LAC DE FUGERES, individually and as representatives of a Class of Participants and Beneficiaries of the ServiceNow, Inc. 401(k) Plan,<br><br>Plaintiffs,<br><br>v<br><br>SERVICENOW, INC. and BOARD OF DIRECTORS OF SERVICENOW, INC.,<br><br>Defendants. | Case No. 3:24-cv-01050-TLT<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO VACATE DEADLINES IN SCHEDULING ORDER**<br><br>Second Am. Compl. Filed:  November 8, 2024<br><br>Judge: Trina L. Thompson |

Upon consideration of the Parties' Joint Administrative Motion to Vacate Deadlines in Scheduling Order, and the Stipulation in support thereof, and finding good cause exists for the request, it is hereby ORDERED that all deadlines set in the Court's Case Management and Scheduling Order (Dkt. No. 38) are hereby VACATED and it is FURTHER ORDERED that this Court shall reset those deadlines only if the Court denies dismissal of any of the claims asserted in Plaintiffs' Second Amended Complaint.

IT IS SO ORDERED on this _____ day of _____ 2025.

_____
Hon. Trina L. Thompson
U.S.  District Court Judge
Northern District of Californi