| | |
|---|---|
| **CREITZ & SEREBIN LLP**<br>Lisa Serebin<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone: (415) 466-3090<br>Fax: (415) 513-4475<br>Email: joe@creitzserebin.com | **MORGAN, LEWIS & BOCKIUS LLP**<br>Mark A. Feller, Bar No. 319789<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: +1.415.442.1000<br>Fax: +1.415.442.1001<br>mark.feller@morganlewis.com |
| **WALCHESKE & LUZI, LLC**<br>Paul M. Secunda (*pro hac vice*)<br>235 N. Executive Dr., Suite 240<br>Brookfield, Wisconsin 53005<br>Telephone: (414) 828-2372<br>Fax: (262) 565-6469<br>E-Mail: psecunda@walcheskeluzi.com<br><br>Counsel for Plaintiffs and Proposed Class | Deborah S. Davidson (*pro hac vice*)<br>110 N. Wacker Drive<br>Chicago, IL 60606-1511<br>Tel: +1.312.324.1159<br>Fax: +1.312.324.1001<br>deborah.davidson@morganlewis.com<br><br>Sean McMahan (*pro hac vice*)<br>1717 Main Street, Suite 3200<br>Dallas, TX 75201-7347<br>Tel: +1.214.466.4000<br>Fax: +1.214.466.4001<br>sean.mcmahan@morganlewis.com<br><br>Jared R. Killeen (*pro hac vice*)<br>2222 Market Street<br>Philadelphia, PA 19103<br>Tel: +1.215.963.5000<br>Fax: +1.215.5001<br>jared.killeen@morganlewis.com<br><br>Attorneys for Defendants<br>SERVICENOW, INC. AND THE BOARD OF DIRECTORS OF SERVICENOW, INC. |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL S. RUBKE and SHERIDA DU LAC DE FUGERES, individually and as representatives of a Class of Participants and Beneficiaries of the ServiceNow, Inc. 401(k) Plan,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICENOW, INC. and BOARD OF DIRECTORS OF SERVICENOW, INC.,<br><br>Defendants. | Case No. 3:24-cv-01050-TLT (PHK)<br><br>**JOINT ADMINISTRATIVE MOTION TO STAY CASE TO ALLOW PLAINTIFFS TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Second Am. Compl. Filed: November 8, 2024<br><br>Hearing Date: N/A<br><br>Judge: Trina L. Thompson |

Pursuant to Local Rule 7-11 and 7-12, and this Court's Standing Order for Civil Cases, Plaintiffs Paul S. Rubke and Sherida Du Lac De Fugeres ("Plaintiffs"), individually and as representatives of a putative class of participants and beneficiaries of the ServiceNow, Inc. 401(k) Plan ("Plan"), and Defendants ServiceNow, Inc. and the Board of Directors of ServiceNow, Inc. ("Defendants") (collectively, the "Parties"), through their undersigned counsel, respectfully ask this Court to stay this matter in its entirety and vacate all current case deadlines to allow Plaintiffs to file a motion for preliminary approval of a settlement in this matter.

After extensive, arms-length negotiations, the Parties have now reached a settlement in principle to resolve this litigation. The proposed terms of the settlement are based on the Parties' discovery to date and comprehensive negotiations. The Parties will draft a class action settlement agreement over the next several weeks, and Plaintiffs intend to file a motion for preliminary approval of the class action settlement no later than July 21, 2025.

The Parties ask that the Court stay this matter and vacate all deadlines in this case, including the upcoming June 6, 2025, deadlines for Plaintiffs to file a motion for class certification and for Defendants to file an answer to the Second Amended Complaint. A stay of the proceedings will help the Parties avoid unnecessarily expending time and resources litigating this matter while simultaneously preparing the anticipated settlement filings. For these reasons, the Parties request that the Court stay this matter in its entirety and vacate all pending deadlines so that the Parties can focus their efforts on finalizing the terms of settlement. *See, e.g.,* Order, *Madani v. Cnty. of Santa Clara,* Case No. 5:16-cv-07026-LHK (N.D. Cal. Sept. 17, 2018), Dkt. No. 94 (granting temporary stay to allow the parties to finalize the settlement following Board approval).

| | |
|---|---|
| **DATED: JUNE 3, 2025** | **RESPECTFULLY SUBMITTED,** |
| WALCHESKE & LUZI, LLC | MORGAN, LEWIS & BOCKIUS LLP |
| By */s/ Paul M. Secunda*<br>Paul M. Secunda (*pro hac vice*)<br>235 N. Executive Dr., Suite 240<br>Brookfield, Wisconsin 53005<br>Telephone: (414) 828-2372<br>Fax: (262) 565-6469<br>E-Mail: psecunda@walcheskeluzi.com | By */s/ Sean K. McMahan*<br>Sean K. McMahan (*pro hac vice*)<br>1717 Main Street, Suite 3200<br>Dallas, TX 75201<br>Telephone: +1.214.466.4000<br>Facsimile: +1.214.466-4001 |

CREITZ & SEREBIN LLP
Joseph A. Creitz
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 466-3090
Fax: (415) 513-4475
Email: joe@creitzserebin.com

*Counsel for Plaintiffs and Proposed Settlement Class*

sean.mcmahan@morganlewis.com

Deborah S. Davidson (*pro hac vice*)
110 N. Wacker Drive
Chicago, IL 60606-1511
Telephone: +1.312.324.1159
Facsimile: +1.312.324.1001
deborah.davidson@morganlewis.com

Mark A. Feller, Bar No. 319789
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: +1.415.442.1000
Facsimile: +1.415.442.1001
mark.feller@morganlewis.com

Jared R. Killeen (*pro hac vice*)

2222 Market Street
Philadelphia, PA 19103
Telephone: +1.215.963.5000
Facsimile: +1.215.963.5000
jared.killeen@morganlewis.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 3, 2025, the foregoing Joint Administrative Motion was filed via the Court's CM/ECF system, which will send notification to all counsel of record.

/s/ Paul M. Secunda
Paul M. Secunda