IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL S. RUBKE and SHERIDA DU LAC DE FUGERES, individually and as representatives of a Class of Participants and Beneficiaries of the ServiceNow, Inc. 401(k) Plan,<br><br>Plaintiffs,<br><br>v<br><br>SERVICENOW, INC. and BOARD OF DIRECTORS OF SERVICENOW, INC.,<br><br>Defendants. | Case No. 3:24-cv-01050-TLT<br><br>[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO EXTEND TIME TO ALLOW PLAINTIFFS TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT<br><br>Second Am. Compl. Filed: November 8, 2024<br><br>Judge: Trina L. Thompson |

Upon consideration of the Parties' Joint Administrative Motion to Extend Time to Allow Plaintiffs to File Motion for Preliminary Approval of Settlement, and the Stipulation in support thereof, and finding good cause exists for the request, it is hereby ORDERED that Plaintiffs have until August 4, 2025, to prepare and file a motion for preliminary approval of a settlement in this matter.

IT IS SO ORDERED on this 16 day of  July  2025.

                                                      Hon. Trina L. Thompson
                                                     U.S. District Court Judge
                                                     Northern District of California