Lisa Serebin
CREITZ & SEREBIN LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 466-3090
Fax: (415) 513-4475
Email: lisa@creitzserebin.com

Paul M. Secunda*
* Admitted P*ro Hac Vice*
WALCHESKE & LUZI, LLC
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-Mail: psecunda@walcheskeluzi.com

*Counsel for Plaintiffs and Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PAUL S. RUBKE and SHERIDA DU LAC DE FUGERES, individually, and as representatives of a Class of Participants and Beneficiaries of the ServiceNow, Inc. 401(k) Plan,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICENOW, INC., and BOARD OF DIRECTORS OF SERVICENOW, INC.<br><br>Defendants. | Case No: 3:24-cv-1050-TLT<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: October 21, 2025<br>Time: 2:00 p.m.<br>Location: San Francisco Courthouse, Rm. 9<br>San Francisco, CA 94102<br>Hon. Trina L. Thompson<br>Am. Compl. Filed: May 27, 2024 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to the Court's Order of July 29, 2025 (ECF No. 102), Plaintiffs Paul S. Rubke and Sherida Du Lac De Fugeres ("Plaintiffs") respectfully moves the Court to enter an order: (1) preliminarily approving the Settlement; (2) approving the proposed Notices and authorizing distribution to the Settlement Class; (3) certifying the proposed Class; (4), approving the CAFA notice and Settlement Administrator; (5) scheduling a final approval hearing; and (6) granting such other relief as set forth in the accompanying Preliminary Approval Order (attached to the Settlement Agreement as Exhibit D).

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Paul M. Secunda and exhibits attached thereto (including the Settlement Agreement attached as **Exhibit 1**), the Declarations of Paul S. Rubke and Sherida Du Lac De Fugeres, the Declaration of Richard Simmons and exhibits attached thereto, and all files, records, and proceedings in this matter. Defendants do not oppose the relief requested by Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

Dated this 14th day of August, 2025

**WALCHESKE & LUZI, LLC**

s/ Paul M. Secunda
Paul M. Secunda*
*admitted pro hac vice*
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
E-Mail: psecunda@walcheskeluzi.com

Lisa Serebin
CREITZ & SEREBIN LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 466-3090
Email: lisa@creitzserebin.com

*Attorneys for Plaintiffs and Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2025, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Paul M. Secunda*
Paul M. Secunda