UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL S. RUBKE, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>SERVICENOW, INC., et al.,<br><br>          Defendants. | Case No. 24-cv-01050-TLT<br><br>E.R.I.S.A. Employee Benefits<br><br>**QUESTIONS FOR CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 102, 103-108 |

The parties are invited to respond to the following questions prior to the August 21, 2025, case management conference. If the responses are submitted in writing, the Court will vacate the case management hearing and maintain the Motion for Settlement Hearing set for October 21, 2025, at 02:00 PM (in person).

1. What is the estimated amount of recovery for each class member?

2. Unlike the class definition in the Second Amended Complaint ("SAC"), the Settlement Class references "any Alternative Payee of a Person subject to the [qualified domestic relations order] QDRO." Why is there a difference between the SAC and the Settlement Class?

3. When did Paul S. Rubke join the plan?

    a. How long was he on the plan?

4. When did Sherida Du Lac De Fugeres join the plan?

    a. How long was he on the plan?

5. The amounts resulting from this initial calculation represent each Class Member's allocated share of the Settlement Payment and shall be known as the "Preliminary Entitlement Amounts." Any Preliminary Entitlement Amount allocable to a Class Member who cannot be located or otherwise cannot receive it will revert to the Qualified Settlement Fund in accordance

with Section 7.7 of the Settlement Agreement. The total amount of such reversions shall be known as the "Reversion Amount."  All Preliminary Entitlement Amounts that do not revert to the Qualified Settlement Fund under Section 7.7 of the Settlement Agreement are "Final Entitlement Amounts." The sum of (1) all Final Entitlement Amounts and (2) the Reversion Amount must equal the dollar amount of the Net Settlement Amount.

        a.      Please submit a specific calculation sheet.

6.      The day notice is not included in the class notice. "Class Counsel will file a motion for an award of Attorneys' Fees and Costs, Administrative Expenses, and Case Contribution Awards. This motion will be considered at the Fairness Hearing."  Class Notice ¶ 7.

        a.      Please include the hearing date.

        b.      What other forms of notice will be used (info-gram; department email; regular email; text messages)?

              i.      What is the cost associated with each (if known)?

7.      The parties should email a courtesy copy of the proposed order in Word to TLTCRD@cand.uscourts.gov.

8.      Please complete the attached Preliminary Approval Case Management Worksheet.

9.      The Court may provide additional questions regarding Plaintiffs' Motion for Preliminary Approval of Class Action Settlement before the October 21, 2025 hearing.

IT IS SO ORDERED.

Dated: August 18, 2025

_____
TRINA L. THOMPSON
United States District Judge

**Preliminary Approval Case Management Worksheet**

| Summary of Key Dates | Counsel's Requested Timeline | Approved Dates |
|---|---|---|
| Class Data to be provided to (settlement administrator) *[14-21 days after entry of this Order]* | | |
| Class Notice to be sent by *[14 days after receipt of data]* | | |
| Class Counsel to file their motion for fees and costs and Class Representative awards *Notice Date plus 55-85 days AND must be 35 days before objection deadline]* | | |
| Motion for Final Approval to be filed by *[same time as fee motion]* | | |
| Postmark deadline to submit objection or request for exclusion *[Notice plus 90-120 days]* | | |
| Class counsel and settlement administrator to submit supplemental statements regarding status of notice program, objections, opt-outs *[14 days before hearing]* | | |
| Fairness and Final Approval Hearing *[Generally, Notice Date plus approximately 118–148 days]* | *Note: Subject to change without further notice to the Class.* | |

3