| | |
|---|---|
| **CREITZ & SEREBIN LLP**<br>Lisa Serebin<br>100 Pine Street, Suite 1250<br>San Francisco, CA 94111<br>Telephone: (415) 466-3090<br>Fax: (415) 513-4475<br>Email: lisa@creitzserebin.com | **MORGAN, LEWIS & BOCKIUS LLP**<br>Mark A. Feller, Bar No. 319789<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1126<br>Tel: +1.415.442.1000<br>Fax: +1.415.442.1001<br>mark.feller@morganlewis.com |
| **WALCHESKE & LUZI, LLC**<br>Paul M. Secunda (p*ro hac vice*)<br>235 N. Executive Dr., Suite 240<br>Brookfield, Wisconsin 53005<br>Telephone: (414) 828-2372<br>Fax: (262) 565-6469<br>E-Mail: psecunda@walcheskeluzi.com | Deborah S. Davidson (*pro hac vice*)<br>110 N. Wacker Drive<br>Chicago, IL 60606-1511<br>Tel: +1.312.324.1159<br>Fax: +1.312.324.1001<br>deborah.davidson@morganlewis.com |
| Attorneys for Plaintiffs and Proposed Class | Sean McMahan (*pro hac vice*)<br>1717 Main Street, Suite 3200<br>Dallas, TX  75201-7347<br>Tel: +1.214.466.4000<br>Fax: +1.214.466.4001<br>sean.mcmahan@morganlewis.com |
| | Jared R. Killeen (*pro hac vice*)<br>2222 Market Street<br>Philadelphia, PA 19103<br>Tel: +1.215.963.5000<br>jared.killeen@morganlewis.com |
| | Attorneys for Defendants |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL S. RUBKE and SHERIDA DU LAC DE FUGERES, individually and as representatives of Class of Participants and Beneficiaries of ServiceNow, Inc. 401(k) Plan,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICENOW, INC, et al.<br><br>Defendants. | Case No. 3:24-cv-01050-TLT (PHK)<br><br>**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date: February 24, 2026<br>Time: 2:00 PM<br>Location: Court Room 9, 19th Floor<br>Hon. Trina L. Thompson<br>SAC Filed: November 8, 2024 |

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2  PLEASE TAKE NOTICE that on Tuesday, February 24, 2026, at 2:00 p.m., in Courtroom 9, 19th Floor of the U.S. Courthouse in San Franciso, California, before Judge Trina L. Thompson, Plaintiffs Paul S. Rubke and Sherida du Lac de Fugeres ("Plaintiffs") will and hereby move this Court for an Order granting final approval of the parties' Amended Class Action Settlement Agreement (the "Settlement Agreement") (Dkt. No. 112-1).

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and Paragraph 4.1 of the Parties' Settlement Agreement and is based on the accompanying Memorandum of Law and authorities cited therein, the Declarations of Paul M. Secunda and Analytics Consulting, Inc., and exhibits attached thereto, the previously filed declarations of the Class Representatives (ECF Nos. 106, 107), the Settlement Agreement, and all files, records, and proceedings in this matter. A proposed Final Approval Order is attached hereto as **Exhibit 1**.

Dated this 5th day of January, 2026

**WALCHESKE & LUZI, LLC**

s/ Paul M. Secunda
Paul M. Secunda*
*admitted pro hac vice
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
E-Mail: psecunda@walcheskeluzi.com

Lisa Serebin
CREITZ & SEREBIN LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 466-3090
Email: lisa@creitzserebin.com

*Attorneys for Plaintiffs and Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2026, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

　　　　　　　　　　　　　　　　　　　　*/s/ Paul M. Secunda*
　　　　　　　　　　　　　　　　　　　　Paul M. Secunda